IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTIONA PHILLIPS**                                                                                          **PLAINTIFF**
**ADC # 162493**

v.                              **CASE NO: 4:22-cv-00643-JM-JTK**

**DOES**                                                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. While he did not file objections, Mr. Phillips did file an amended counterclaim as ordered by Judge Kearney (Doc. No. 3), albeit a week out of time. The Court is going to accept the late filing <u>but gives Mr. Philips notice that all deadlines must be strictly followed going forward</u>. Therefore, Court is going to decline to adopt the Proposed Findings and Recommended Disposition and remand the case to Magistrate Kearney for further recommendations.

DATED this 16th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE