# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANTIONA PHILLIPS                                                                                    PLAINTIFF
ADC # 162493

v.                                                  4:22CV00643-JM-JTK

DOES                                                                                                      DEFENDANTS

## ORDER

Having reviewed Antonia Phillips' ("Plaintiff") Amended Complaint (Doc. No. 5) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants B. Higgins, Dunlap, Allen, and Harper is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Higgins, Dunlap, Allen, and Harper. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 5), Summons, and this Order on Defendants Higgins, Dunlap, Allen, and Harper without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 29th day of September, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).